QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (SBN 177129)
*kevinjohnson@quinnemanuel.com*
Todd Briggs (SBN 209282)
*toddbriggs@quinnemanuel.com*
Ray Zado (SBN 208501)
*rayzado@quinnemanuel.com*
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant
JUNIPER NETWORKS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE OPTICAL TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JUNIPER NETWORKS, INC., <br><br> Defendant. | CASE NO. 8:19-cv-02198 JAK(RAOx) <br><br> **JUNIPER'S NOTICE OF MOTION AND MOTION TO STAY DISCOVERY** <br><br> Hearing date: July 13, 2020 <br> Time: 8:30 a.m. <br> Location: Courtroom 10B. <br><br> Hon. John A. Kronstadt |

TO PLAINTIFF CORE OPTICAL TECHNOLOGIES, LLC AND ITS ATTORNEYS OF RECORD:  PLEASE TAKE NOTICE that at 8:30 AM on July 13, 2020, or as or as soon thereafter as this matter may be heard in the above-identified Court, located at First Street Courthouse, 350 W. First Street, Fourth Floor, Courtroom 10B, Los Angeles, CA 90012, Defendant Juniper Networks, Inc. ("Juniper") will and hereby does move this Court for an Order to stay discovery pending resolution of Juniper's Motion to Dismiss Core Optical Technologies LLC's Second Amended Complaint.  (Dkt. 33).

    This Motion is made following the conference of counsel pursuant to Central District of California Local Rule 7-3 that took place on April 3, 2020, and is based on: (1) this Notice of Motion and Motion; (2) the accompanying Memorandum of Points and Authorities (filed herewith); (3) the pleadings in this action; and (4) such further argument and evidence as this Court may entertain at a hearing.  Also accompanying this Motion is a Proposed Order Granting Juniper's Motion to Stay Discovery.

Dated:  April 10, 2020        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Todd Briggs*
    Kevin P.B. Johnson
    Todd Briggs
    Ray Zado
    Attorneys for Defendant
    JUNIPER NETWORKS, INC.