UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE OPTICAL TECHNOLOGIES, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS INC,<br><br>  Defendant. | Case No. 21-cv-02428-VC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 140 |

The parties are ordered to show cause why they have failed to file a status report as required by the Court's previous order. *See* Dkt. No. 140. A response or a status report is due by May 4, 2023 at 12pm.

**IT IS SO ORDERED.**

Dated: May 2, 2023

VINCE CHHABRIA
United States District Judge